IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| LEO W. FEIGENBAUM, | ) | Case No. 09 B 36699 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

## NOTICE OF MOTION

TO:    See Attached Service List

**PLEASE TAKE NOTICE THAT** on October 27, 2009, at 10:00 a.m., I shall appear before the Honorable Judge Carol A. Doyle, or any other judge sitting in her stead, in Room 742, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on Debtor's Motion to Extend Time to File Chapter 7 Schedules and Statement of Financial Affairs, a copy of which is attached hereto and hereby served upon you.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 15th day of October, 2009.

/s/ Gregory K. Stern
Gregory K. Stern

Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID # 6292972)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

**SERVICE LIST**

**Registrants Served Through The Court's Electronic Notice For Registrants**

William T. Neary, United States Trustee
219 South Dearborn Street
Room 873
Chicago, Illinois 60604

David R Herzog
Herzog & Schwartz PC
77 W Washington Suite 1717
Chicago, IL 60602

**Parties Served Via First Class Mail**

Leo W. Feigenbaum
6600 North St. Louis
Lincolnwood, Illinois 60712

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| LEO W. FEIGENBAUM, | ) | Case No. 09 B 36699 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

**MOTION TO EXTEND TIME TO FILE CHAPTER 7 SCHEDULES
AND STATEMENT OF FINANCIAL AFFAIRS**

Now comes Leo W. Feigenbaum (the "Debtor"), by and through his attorneys, Gregory K. Stern, Monica C. O'Brien, James E. Hausler and Christina M. Riepel (the "Attorneys"), and in support of his Motion to Extend Time to File Chapter 7 Schedules and Statement of Financial Affairs, states as follows:

1. On October 1, 2009, the Debtor filed a Voluntary Petition for relief under Chapter 7 of the United States Bankruptcy Code.

2. Although the Attorneys have been working towards preparation of the Debtor's Chapter 7 Schedules and Statement of Financial Affairs, due to time constraints they have been unable to complete and meet with the Debtor to finalize the Chapter 7 Schedules and Statements of Financial Affairs.

3. Further, since the time of the filing of the Voluntary Petition the Debtor was hospitalized for three (3) days and was unable to communicate with the Attorneys.

4. The Debtor's meeting of creditors is first set for November 16, 2009.

Wherefore, the Debtor prays for an order extending the time to file his Chapter 7 Schedules and Statement of Financial Affairs up to and including November 6, 2009, and for such other further relief as this Court deems just.

                                                                                   /s/ Gregory K. Stern
                                                    Gregory K. Stern, Attorney For Debtor

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292972)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558