IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| LEO W. FEIGENBAUM, | ) | Case No. 09 B 36699 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

**ORDER EXTENDING TIME TO FILE CHAPTER 7 SCHEDULES
AND STATEMENT OF FINANCIAL AFFAIRS**

**THIS CAUSE COMING ON TO BE HEARD** on the Debtor's Motion to Extend Time to File Chapter 7 Schedules and Statement of Financial Affairs, due and proper notice having been given and this Court having jurisdiction and being fully advised in the premises;

**IT IS HEREBY ORDERED THAT**:

1. Time to file Debtor's Chapter 7 Schedules and Statement of Financial Affairs is extended up to and including November 6, 2009.

_____
Carol A. Doyle, Bankruptcy Judge

Dated: October 27, 2009

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558