UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re | ) | Chapter 7 |
| | ) | |
| LEO W. FEIGENMAUM, | ) | Case No. 09-36699 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |

### ORDER TO EXTEND TIME TO OBJECT TO DEBTOR'S DISCHARGE AND TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY

THIS MATTER coming on to be heard on Bryan G. Barrish's, Juliana R. Barrish's, Michael Giannini's and Celeste Giannini's Motion to Extend Time to Object to the Discharge and to Object to the Dischargeability of a Claim (the "Motion"), due notice of the Motion having been given to all parties, and the Court having jurisdiction over the subject matter of this core proceeding and the parties thereto; and the Court been fully advised in the premises:

IT IS HEREBY ORDERED that:

1. The Motion is granted;

2. The deadline to file a complaint objecting to the Debtor's discharge under 11 U.S.C.§ 727(a) is extended to April 30, 2010; and

3. The deadline to file a Complaint to obtain a determination of the dischargeability of any debt of the Debtor under 11 U.S.C. § 523(c) is extended to April 30, 2010.

At Chicago, Illinois
March 25, 2010

ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE