UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re | ) | Chapter 7 |
| | ) | |
| LEO W. FEIGENMAUM, | ) | Case No. 09-36699 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |

## NOTICE OF ROUTINE MOTION

PLEASE TAKE NOTICE that on April 13, 2010 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Carol D. Doyle in Courtroom 742 of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, IL, and present the attached Routine Motion to Authorize Rule 2004 Examination, at which time and place you may appear if you so choose.

**THIS IS A ROUTINE MOTION, PURSUANT TO THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS LOCAL RULE 9013(A), AND THE PROPOSED ORDER ATTACHED HERETO MAY BE ENTERED BY THE JUDGE WITHOUT PRESENTMENT IN OPEN COURT UNLESS A PARTY IN INTEREST NOTIFIES THE JUDGE OF AN OBJECTION THERETO.**

                            BRYAN G. BARRISH, JULIANA BARRISH,
                            MICHAEL GIANNINI and CELESTE
                            GIANNINI

                            BY: s/ Mark R. Valley

STATLAND & VALLEY
111 E. Wacker Dr.
Suite 2601
Chicago, IL  60601
(312) 228-1200

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re | ) | Chapter 7 |
| | ) | |
| LEO W. FEIGENBAUM, | ) | Case No. 09-36699 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |

### ROUTINE MOTION TO AUTHORIZE RULE 2004 EXAMINATION

Bryan G. Barrish (hereinafter, at times, referred to as "Bryan Barrish"), Juliana R. Barrish (hereinafter, at times, referred to as "Juliana Barrish"), Michael Giannini (hereinafter, at times, referred to as "Michael Giannini") and Celeste Giannini (hereinafter, at times, referred to as "Celeste Giannini") (hereinafter, collectively, "Movants"), creditors of the Debtor, Leo W. Feigenbaum (hereinafter "Debtor"), by and through their attorneys, Statland & Valley, request the Court enter an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure authorizing Movants to conduct examination of the Debtor, Leo W. Feigenbaum. In support of this Motion, Movants state as follows:

1.  On October 1, 2009, the Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois.

2.  Bryan Barrish filed suit in the Circuit Court of Cook County entitled *Bryan G. Barrish v. Leo Feigenbaum*, Cook County Case No. 07 L 6743. On November 14, 2007, judgment was entered against the Debtor in the amount of $340,977.00.

3.  Juliana Barrish, Michael Giannini and Celeste Giannini are creditors of the Debtor.

4.  As parties in interest, the Movants are amply justified in requesting the examination of the debtor, and other persons who may have knowledge concerning (a) the acts of the debtor, (b) the conduct of the debtor, (c) the property of the debtor, (f) matters which may

affect the administration of the debtor's estate, (g) the operation of any business and the desirability of its continuance, and (h) any other matter relevant to the case or the administration of the debtor's estate.

5. Bankruptcy Rule 2004 provides that upon motion, this Court may order that "any entity" be subject to examination relating to the matters described in paragraph 4. The Movants are informed and believe that the Debtor would be in possession of the most salient information.

6. On February 28, 2010, Frank Roldan, a creditor in the above-captioned case, filed a Routine Motion to Authorize Rule 2004 Examination.

7. On February 25, 2010, the Honorable Carol A. Doyle granted Frank Roldan leave to conduct a Rule 2004 examination of the Debtor, Leo W. Feigenbaum.

8. Frank Roldan has noticed the Rule 2004 Examination of the Debtor, Leo W. Feigenbaum, for April 13, 2010.

9. The Movants request that they be granted leave to examine the Debtor, Leo W. Feigenbaum, pursuant to Rule 2004 concurrent with Frank Roldan's Rule 2004 Examination of the Debtor.

10. The Debtor will not be prejudiced by the granting of this Motion, as this Honorable Court has granted Frank Roldan, another creditor of the Debtor, leave to examine the Debtor pursuant to Rule 2004.

11. Pursuant to Local Rule, 9013-9 (A)(10) the attached proposed order may be entered by the Judge without presentment of this Routine Motion unless a party in interest notifies the judge of an objection thereto.

WHEREFORE, Bryan G. Barrish, Juliana R. Barrish, Michael Giannini, and Celeste Giannini request that this Court enter an order granting them leave to conduct the examination of the Debtor, Leo W. Feigenbaum under Bankruptcy Rule 2004, as detailed above, and granting them such other and further relief as the Court deems just and appropriate under the

3

circumstances.

                      BRYAN G. BARRISH, JULIANA BARRISH,
                      MICHAEL GIANNINI and CELESTE GIANNINI

                      BY: s/ Mark R. Valley

STATLAND & VALLEY
111 E. Wacker Dr.
Suite 2601
Chicago, IL  60601
(312) 228-1200

4

STATE OF ILLINOIS    )
                                  )    SS.
COUNTY OF C O O K    )

## **CERTIFICATE OF SERVICE**

      I, Mark R. Valley, attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service of the above-referenced Second Motion to Extend Time to Object to the Discharge of Debtor on all persons identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants, and, as to all other persons listed below, I cause a copy of the Notice of Routine Motion and Routine Motion to Authorize Rule 2004 Examination, to be and sent by United States Mail, postage prepaid, as indicated on the attached service list on April 6, 2010:

                                  s/ Mark R. Valley

Richard Indyke, Esq.
221 N. LaSalle Street, Suite 1200
Chicago, IL 60601

John K. Kallman, Esq.
221 N. LaSalle Street, Suite 1200
Chicago, IL 60601

William T. Neary
Office of the U.S. Trustee, Region 11
219 S. Dearborn, Room 873
Chicago, IL 60604

Duane Morris
c/o William P. Mertens
Cash Management Solutions
1850 Borman Court
St. Louis, MO 63146

David R. Herzog
Herzog & Schwartz PC
77 W. Washington, Suite 1717
Chicago, IL 60602

1st Equity Bank
3956 W. Dempster Street
Skokie, IL 60076

Gregory K. Stern
Gregory K. Stern, P.C.
53 W. Jackson Blvd., Suite 1442
Chicago, IL 60604

Ellenbee Legget Co., Inc.
3765 Port Union Road
Fairfield, OH 45014

Eric Rothner
2201 Main Street
Evanston, IL 60202

Albany Bank
Brenda Porter Helms, Esq.
The Helms Law Firm PC
3400 W. Lawrence Avenue
Chicago, IL 60625

Fifth Third Bank
Teresa M. Dickinson, Esq.
c/o Statman Harris & Eyrich LLC
200 W. Madison Street, Suite 3820
Chicago, IL 60606

Arthur Schamovic
c/o Edgar Blumenfeld
134 N. LaSalle Street, Suite 850
Chicago, IL 60602

Ibrahim A. Majzoub, MD
c/o Norman P. Jeddeloh
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606

Bank of America
P.O. Box 15028
Wilmington, DE 19850-5028

Brickyard Bank
c/o Robert D. Nachman
Dykema Gossett PLLC
Chicago, IL 60606

Sylvia Feigenbaum
c/o Ariel Weissberg, Esq.
Weissberg and Associates, Ltd.
401 S. LaSalle Street, Suite 403
Chicago, IL 60605

Omnicare, Inc.
c/o Michael Best & Friedrich LLP
180 N. Stetson Avenue, Suite 2000
Chicago, IL 60601

Ronald & Shira Abrams
6552 N. Drake
Lincolnwood, IL 60712

State of Wisconsin
c/o Attorney General JB Van Hollen
114 E. State Capital
Madison, WI 53707

Leo Feigenbaum
6600 N. St. Louis
Lincolnwood, IL 60712

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Yev Gray
c/o Bradley Pendergast
350 N. LaSalle Street, Suite 90
Chicago, IL 60654

Olde Town Medication & Sundries LLC
c/o Fairweather & Jackson LLC
4300 Carew Tower
441 Vine Street
Cincinnati, OH 45202

Reflectxion Resources, Inc.
c/o Griffin & Associates LLC
1000 SW 15th Street
Pompano Beach, FL 33069

Sanford Bokor
3750 W. Devon Avenue
Lincolnwood, IL 60712

Meyers, Roman, Friedberg & Lewis
268601 Chagrin Boulevard, Suite 500
Beachwood, OH 44122

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re | ) | Chapter 7 |
| | ) | |
| LEO W. FEIGENBAUM, | ) | Case No. 09-36699 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |

**ORDER**

THIS MATTER coming on to be heard on the Routine Motion to Authorize Rule 2004 Examination, notice of the Motion being proper under the circumstances, and the Court having jurisdiction over this core proceeding and being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

The Motion is granted.

Bryan G. Barrish, Juliana R. Barrish, Michael Giannini, and Celeste Giannini are permitted leave to conduct a Rule 2004 examination of the Debtor, Leo W. Feigenbaum.

At Chicago, Illinois
April ___, 2010                                    ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE

STATLAND & VALLEY
111 E. Wacker Dr.
Suite 2601
Chicago, IL 60601
(312) 228-1200